IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CHISALA CHIBUYE, | : | |
| | : | |
| Plaintiff, | : | Civil Action File No. |
| v. | : | 1:21-CV-00634-JPB |
| | : | |
| CELLCO PARTNERSHIP, et al., | : | |
| | : | |
| Defendants. | : | |

PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Chisala Chibuye, by and through her Attorney of Record Kamau K. Mason, hereby notifies the Court that a settlement of the above-referenced action has been reached with Defendant Cellco Partnership ("Cellco"). Plaintiff Dismisses the cause of action with prejudice as all requirements for settlement have been completed by all parties.

Respectfully submitted this May 6, 2022.

/ss/ Kamau K. Mason, Esq.
Kamau K. Mason (Bar No. 823438)
Law Offices of Kamau K. Mason & Assoc.
3036 Woodrow Drive
Lithonia, GA 30038
678.464.4618 phone
678.526.5310 fax
kkmason@yahoo.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE AND COMPLIANCE**

I hereby certify that on this April 21, 2022, the foregoing NOTICE OF DISMISSAL was filed electronically with the Clerk of the Court using the CM/ECF system which will send a notification of such filing to all counsel of record in this matter.

I further certify that the foregoing complies with the font and point setting approved by the Court in Local Rule 5.1(B).  The foregoing was prepared on a computer, using Times New Roman 14-point font.

Respectfully submitted this May 6, 2022.

/ss/ Kamau K. Mason, Esq.
Kamau K. Mason (Bar No. 823438)
Law Offices of Kamau K. Mason & Assoc.
3036 Woodrow Drive
Lithonia, GA 30038
678.464.4618 phone
678.526.5310 fax
kkmason@yahoo.com

*Attorney for Plaintiff*